UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

------------------------------

In Re:

Thomas Lee Lofland and Kristine
Marie Lofland

<u>ORDER</u>

Debtors.

Chapter 13, Case No. 10-40285

------------------------------

This case is before the court on the motion of U.S. Bank, N. A. as serviced by National Default Servicing Corporation, pursuant to 11 U.S.C. section 362. Based on the motion and the file,

IT IS ORDERED:

The automatic stay imposed by 11 U.S.C. 362 is terminated as to the real property over which the movant, its successors and assigns, have an interest under mortgage document no. 9105508, property legally described as:

> LOT 26, BLOCK 8, SUBURBAN HOMES CO.'S ADDITION, HENNEPIN COUNTY, MINNESOTA

The movant, its successors and assigns, may foreclose the mortgage in accordance with Minnesota Statutes. Notwithstanding Federal Rule of Bankruptcy Procedure 4001(a)(3), this order is effective immediately

Dated: December 2, 2010          /e/ Robert J. Kressel
                                 Robert J. Kressel
                                 United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *12/02/2010*
Lori Vosejpka, Clerk, by LMH